IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CARLTON S.,

    Plaintiff,

v.                                                    Civil Action. No. 2:24-cv-324

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

## ORDER

Having reviewed the Report and Recommendation of the Magistrate Judge, the administrative record, the parties' briefing, relevant legal authority, and as set forth in the Court's Memorandum Opinion, the Court OVERRULES Plaintiff's Objection (Dkt. No. 14); ADOPTS the Magistrate Judge's Report and Recommendation as the opinion of this Court (Dkt. No. 13); DENIES Plaintiff's Motion for Summary Judgment (Dkt. No. 8); and AFFIRMS the final decision of the Commissioner. Judgment is hereby entered in favor of the Commissioner. This case is DISMISSED WITH PREJUDICE. The Court DIRECTS the Clerk to close the case and send a copy of this order to all counsel of record. It is so ORDERED.

    It is SO ORDERED.

                                                          /s/
                                                Elizabeth W. Hanes
                                                United States District Judge

Norfolk, Virginia
Date: September 8, 2025